UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Criminal No. 06-CR-10335 <br> ) |
| Antonio Fortuny | ) <br> ) |

ORDER OF THE COURT TO REDUCE THE DEFENDANT'S TERM OF SUPERVISED RELEASE BY ONE YEAR.

In accordance with Title 18 U.S.C. §3583(e)(1), the Court hereby ORDERS that, as of **June 30, 2010**, **Antonio Furtuny's** term of supervised release is reduced by one year following his successful completion of the Court Assisted Recovery Effort.

HON. Edward F. Harrington

UNITED STATES DISTRICT JUDGE