AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**Damien Smith**

**WARRANT FOR ARREST**

Case Number:    CR 06-10335-EFH

MJ Dein

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **Damien Smith**
                                                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complain    ☐ Order of court    X Violation      ☐ Probation Violation Petition

charging him or her      (brief description of offense)

Violation of Conditions of Supervised Release

in violation of      18      United States Code, Section(s)      3606

Hon. Edward F. Harrington, U.S.D.J. by Karen Folan, Dep. Clerk      Deputy Clerk
Name of Issuing Officer                                                 Title of Issuing Officer

Signature of Issuing Officer                             February 15, 2012 at Boston, Massachusetts
                                                                        Date and Location

Bail fixed at $                                  by
                                                                            Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant
WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/15/2012

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |