## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        v.                                CR. NO.: 06-10335-EFH

DAMIEN SMITH,
        Defendant

## REVOCATION ORDER

April 5, 2012

HARRINGTON, S.D.J.

A hearing on revocation of defendant Smith's supervised release was held April 5, 2012. Defendant Smith stipulated to Violation Nos. I, II, IV and VI as set forth in the Violation Report dated March 27, 2012. No action shall be taken on Violation Nos. III and V.

The Court finds that the defendant has violated said conditions of his supervised release and hereby revokes said supervised release and sentences the defendant as follows:

1. A term of imprisonment of four (4) months with credit for time served.

2. A term of 12 months supervised release. Immediately upon release from custody, the defendant shall enter into and complete up to the first four (4) months at Coolidge House Community Confinement Center, unless or until the defendant secures placement in a residential substance abuse treatment program approved by the U.S. Probation Office which he would then be expected to successfully complete. While in residence in Coolidge House or alternative substance abuse treatment program, the defendant shall comply fully with all program rules and regulations.

3. All previous conditions of supervised release are re-imposed.

SO ORDERED.

                                            /s/ Edward F. Harrington
                                            EDWARD F. HARRINGTON
                                            United States Senior District Judge